# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-00077-CMA-BNB

MARK STAVASKI,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file. Based on my past professional relationship with defendants' counsel Mr. Peter J. Krumholz, I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: July 27, 2009.

BY THE COURT:

*Christine M. Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Judge