IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No.   09-cv-00077-REB-BNB          Date: August 6, 2009
Courtroom Deputy: Kathy Preuitt-Parks          FTR BNB COURTROOM A-401

MARK STAVASKI,                                 Lisa Sahli

                         Plaintiff(s),

v.

SUN MICROSYSTEMS, INC.,                        Peter Krumholz

                         Defendant(s).

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:      **11:02 a.m.**

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**  Plaintiff's Amended Motion to Compel Production of Personnel Files (Doc #19),
filed 7/8/09 is **GRANTED in PART and DENIED in PART**.  Defendant shall
disclose resumes, applications for employment, performance evaluations, notes of
any disciplinary action(s), and offer letter from GEH Software regarding the manager
position as to Peter Angstadt during a period of January 3, 2006 to the present by
**August 14, 2009.**

Court in Recess      **11:34 a.m.**.    Hearing concluded.    Total time in Court: **32 minutes**

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.