IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Amended Motion to Compel Production of Personnel Files** [Doc. # 19, filed 7/8/2009] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to require the defendants to produce, on or before **August 14, 2009**, those materials prepared or dated on or after January 3, 2006, and contained in the personnel files of Peter Angstadt and David Profozich constituting resumes, applications for employment, performance evaluations, and notes of disciplinary actions, and to produce the letter offering Peter Angstadt the Government, Education, and Healthcare manager position; and

DENIED in all other respects.

Dated August 6, 2009.

BY THE COURT:

　s/ Boyd N. Boland　　　　　　　
United States Magistrate Judge