IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiff's Request to Amend Briefing Schedule for Pending Motion to Amend Complaint** [docket no. 39, filed September 3, 2009] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED.  The hearing set for September 24, 2009, is **vacated and reset to September 25, 2009, at 1:30 p.m., for one hour**, in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  September 11, 2009