IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   09-cv-00077-REB-BNB | Date: September 25, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| MARK STAVASKI, | Lisa Sahli |
| Plaintiff(s), | |
| v. | |
| SUN MICROSYSTEMS, INC., and DAVID PROFOZICH, | Peter Krumholz |
| Defendant(s). | |

## COURTROOM MINUTES

HEARING: MOTION

Court in Session:      1:32 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

Plaintiff's exhibit accepted.

**ORDERED:** **Plaintiff's motion to amend scheduling order to allow supplementation of expert reports on or by October 1, 2009 [ Doc 31, filed 8/27/09] is denied as stated on the record as stated on the record.**

**ORDERED:** **Plaintiff's motion to amend complaint [Doc 34, filed 8/28/09] is granted as stated on the record. Discovery cut-off and dispositive motion deadline is extended to and including January 15, 2010.**

**ORDERED:** **A status conference is set for September 30, 2009 at 3:30 p.m.**

Court in Recess      2:59 p.m.      Hearing concluded.    Total time in Court:   01:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.