IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.

_____

# ORDER

_____

This matter arises on the following:

(1)    **Motion to Amend Scheduling Order to Allow Supplementation of Expert

Reports On or By October 1, 2009** [Doc. # 31, filed 8/27/2009] (the "Motion to Extend"); and

(2)    **Plaintiff's Motion to Amend Complaint** [Doc. # 34, filed 8/28/2009] ("Motion

to Amend").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Extend is DENIED.

IT IS FURTHER ORDERED that the Motion to Amend is GRANTED.  The Clerk of the

Court is directed to accept for filing the Amended Complaint [Doc. # 34-4].

IT IS FURTHER ORDERED that the discovery cut-off and the dispositive motions

deadline are extended to and including **January 15, 2010**.

IT IS FURTHER ORDERED that the parties shall confer and agree upon any additional

changes to the case schedule or changes to the discovery limits required as a result of my

decision to allow the Amended Complaint, and shall appear at a status conference on

**September 30, 2009, at 3:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado, to address those required changes.

      Dated September 25, 2009.

                          BY THE COURT:

                           s/ Boyd N. Boland

                          United States Magistrate Judge