IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.

_____

**ORDER**
_____

I held a status conference this afternoon to discuss any modifications to the case schedule or discovery limits necessitated as a result of the amended complaint filed September 28, 2009.

IT IS ORDERED that the plaintiff may serve seven additional interrogatories; serve five additional requests for production of documents; and take five additional depositions.

IT IS FURTHER ORDERED that the defendants may reopen the plaintiff's deposition and inquire for an additional four hours.

Dated September 30, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge