**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-00077-REB-BNB

MARK STAVASKI,

      Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

      Defendants.

## MINUTE ORDER

    The matter comes before the court on **Plaintiff's Unopposed Request For Leave To Submit a Conforming Response To Defendants' Motion To Dismiss Plaintiff's Fifth Claim For Relief (DN #55)** [#63] filed November 9, 2009.  The request is **GRANTED**, and the **Amended Response To Defendants' Motion To Dismiss Plaintiff's Amended Fifth Claim For Relief (DN #55)**, [#63-3] is accepted for filing.

    Dated:  November 12, 2009