IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Second Motion to Amend Complaint** [Doc. # 60, filed 11/05/2009] (the "Motion to Amend").  I held a hearing on the motion this morning and made rulings on the record, which are incorporated here.  In summary and for the reasons stated:

IT IS ORDERED that he Motion to Amend [Doc. # 60] is GRANTED.  The Clerk of the Court is directed to accept for filing the Second Amended Complaint [Doc. # 60-3].

Dated November 20, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge