**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  09-cv-00077-REB-BNB

MARK STAVASKI,

    Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

    Defendants.

---

**ORDER DENYING WITHOUT PREJUDICE AS MOOT
MOTION TO DISMISS PLAINTIFF'S FIFTH AMENDED CLAIM FOR RELIEF**

---

**Blackburn, J.**

    The matter before me is defendants' **Motion To Dismiss Plaintiff's Amended Fifth Claim for Relief** [#55] filed October 16, 2009.  After the motion was filed, plaintiff sought leave to amend his complaint, *inter alia*, to provide "a more definite statement of the claim."  (**See Plaintiff's Second Motion To Amend Complaint** ¶7 at 4 [#60] filed November 5, 2009.)  The magistrate judge granted the motion, and the second amended complaint has been accepted for filing.  (**See Order** [#71] filed November 20, 2009.)  The filing of an amended complaint moots a motion to dismiss directed at the superseded complaint.  **See Griggs v. Jornayvaz**, 2009 WL 1464408 at *1 (D. Colo. May 22, 2009); **United States ex rel. Babb v. Northrop Grumman Corp.**, 2007 WL 1793795 at *1 (D. Colo. June 19, 2007).

**THEREFORE, IT IS ORDERED** that defendants' **Motion To Dismiss Plaintiff's Amended Fifth Claim for Relief** [#55] filed October 16, 2009, is **DENIED WITHOUT PREJUDICE** as moot.

Dated November 23, 2009, at Denver, Colorado.

                                      **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge