IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 09-cv-00077-REB-BNB | Date: December 7, 2009 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

MARK STAVASKI,                                          Lisa Sahli

Plaintiff(s),

v.

SUN MICROSYSTEMS, INC., and                 Daniel Friesen
DAVID PROFOZICH

Defendant(s).

### COURTROOM MINUTES

HEARING: MOTION

Court in Session:     3:40 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Plaintiff's motion to strike non-rebuttal provisions of Jory Laine's October 30, 2009 expert report for untimeliness [Doc #67; filed 11/16/09] is denied as stated on the record.

**ORDERED:** The plaintiff shall designate a rebuttal expert on the issue of mitigation of damages on or before January 8, 2010.

**ORDERED:** Discovery cut-off is re-opened to and including January 20, 2010, solely to allow the defendants to take the deposition of the plaintiff's rebuttal expert.

Court in Recess     4:04 p.m.     Hearing concluded.     Total time in Court:   00:24

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.