IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Second Motion to Compel Discovery Responses from Defendant Sun Microsystems, Inc.** [Doc. # 81, filed 12/23/2009] (the "Motion to Compel"); and

(2) The parties' **Joint Motion to Continue All Existing Deadlines By 30 Days** [Doc. # 89, filed 1/5/2010] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel [Doc. # 81] is GRANTED to require Sun Microsystems to produce the spreadsheet identified in an e-mail string bearing Bates # SUN/Stavaski 00121. Sun Microsystems must produce the document, if it is in its possession, custody, or control, on or before January 15, 2010, at 5:00 p.m. The Motion to Compel is DENIED in all other respects.

IT IS FURTHER ORDERED that the Motion for Extension [Doc. # 89] is GRANTED to

extend the dispositive motion deadline to and including January 18, 2010, and is DENIED in all other respects.

Dated January 11, 2010.

                                                 BY THE COURT:

                                                 s/ Boyd N. Boland
                                                 United States Magistrate Judge