IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

Defendants.

_____

**ORDER**
_____

This matter is set for a final pretrial conference on February 9, 2010; for a trial preparation conference before the district judge on March 5, 2010; and for a seven day jury trial commencing March 22, 2010. Meanwhile, the parties have filed a Joint Motion for Continuance of Trial Date seeking to delay the trial to pursue "meaningful settlement discussions." The parties last were before me for a settlement conference in June 2009, at which time little progress was made. In view of the parties expressed desire to explore settlement:

IT IS ORDERED that a settlement conference is set for **February 9, 2010, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All settlement conferences that take place before the magistrate judge shall be confidential. Attorneys and client representatives **with full authority to settle the case** must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement

statement to the my chambers on or before February 8, 2010, at 12:00 noon, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

IT IS FURTHER ORDERED that the final pretrial conference set for February 9, 2010, at 9:30 a.m., is VACATED and RESET to **February 22, 2010, at 4:30 p.m.**  The parties shall prepare a proposed final pretrial order and submit it to the court on or before the close on February 19, 2010.  In addition, the parties shall exchange all exhibits listed on the proposed final pretrial order by the close of business on February 19, 2010.

Dated February 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge