**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00077-REB-BNB

MARK STAVASKI,

      Plaintiff,

v.

SUN MICROSYSTEMS, INC., and
DAVID PROFOZICH,

      Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter before me is the **Stipulation For Dismissal With Prejudice** [#116] filed March 12, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Stipulation For Dismissal With Prejudice** [#116] filed March 12, 2010, is **APPROVED**;

      2. That the jury trial set to commence March 22, 2010, is **VACATED**;

      3. That any pending motion is **DENIED** as moot; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 12, 2010, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge